Charles B. Scoville, appellant, v. W. F. Cotton, appellee. Gen. No. 33,600.

Opinion filed April 28, 1930. Petition of appellant and appellee for rehearing denied May 12, 1930.

Langworthy, Stevens, McKeag & McCornack, for appellant. Hall, Spitz & Rooks, for appellee; Irvin Rooks and Edward Blackman, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Delle E. Adams, appellee, v. Eugene Von Hermann, appellant. Gen. No. 33,609.

Opinion filed April 28, 1930.

John Gibson Hale, for appellant. Louis A. Heile, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

W. H. Bimson & Company, appellant, v. Elmwood Park State Bank, appellee. Gen. No. 33,664.

Opinion filed April 28, 1930.

Fried & Redman, for appellant. Robert E. Pendarvis, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Arvilla Livingston, defendant in error, v. University Cab Company, Inc., plaintiff in error. Gen. No. 33,720.

Opinion filed April 28, 1930. Rehearing denied May 12, 1930.

John A. Bloomingston and James A. Tracy, for plaintiff in error. Finn & Miller, for defendant in error; Robert S. Cook, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.